12-950
MJD/LIB

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,           Civil No. 11-1488 (RHK/LIB)

     Plaintiff,           **ORDER**

vs.

Kerry L. Augustine, et al.,

     Defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, no Objections having been filed with respect thereto, and upon all of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 36) is **ADOPTED**;

2. That Kerry L. Augustine and Elma J. Augustine's Motion to Dismiss (Doc. Nos. 34 and 35) is **DENIED**.

Dated: March 26, 2012

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge



Exhibit 1
SCANNED
APR 1 6 2012
U.S. DISTRICT COURT ST. PAUL

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

GHASSAN MANSOUR, ABBAS HASHEMI, HAMID FARAJI, AND DR. SAM HAKKI, collectively as the Trustees of the Islamic Education Center of Tampa, Inc.,

Plaintiff(s),

CASE NO.: 08-03497
DIVISION: L

vs.

ISLAMIC EDUCATION CENTER OF TAMPA, INC., a non profit corporation,

Defendant(s).

## ORDER IN CONNECTION WITH PLAINTIFFS' EMERGENCY MOTION TO ENFORCE ARBITRATOR'S AWARD

THIS CAUSE came before the Court, on Defendant's February 23, 2011 ore tenus motion for a written Order memorializing the oral interlocutory order announced by the Court during the evidentiary hearing that began on January 10, 2011. The Court has made the following findings and rulings in connection with Plaintiffs' Emergency Motion to Enforce Arbitrator's Award:

1. This case will proceed under Ecclesiastical Islamic Law.

2. Under Ecclesiastical Islamic Law, pursuant to the Qur'an, Islamic brothers should try to resolve a dispute amongst themselves. When the brothers are unable to do so, they can agree to present the dispute to the greater community of brothers within the mosque or the Muslim community for

Exhibit 2

resolution. If that is not done or does not result in a resolution of the dispute, the dispute is to be presented to an Islamic judge for determination, and that is or can be an A'lim.

3. The remainder of the hearing will be to determine whether Islamic dispute resolution procedures have been followed in this matter.

DONE AND ORDERED in Chambers, at Tampa, Hillsborough County, Florida, this ___ day of _____ 20___.

ORIGINAL SIGNED

MAR 0 3 2011

RICHARD A. NIELSEN
CIRCUIT COURT JUDGE

The Honorable Richard A. Nielsen
CIRCUIT COURT JUDGE

Copies furnished to:

Lee Segal, Esq.
Segal & Schuh Law Group, P.L.
13575 58th Street N., Suite 140
Clearwater, FL 33760

Brian E. Langford, Esq.
Langford, Myers & Orcutt, P.A.
1715 West Cleveland Street
Tampa, Florida 33606

Paul Thanasides, Esq.
McIntyre, Panzarella Thanasides, Hoffman, Bringgold & Todd, P.L.
400 N. Ashley St., Suite 1500
Tampa, Florida 33602

Exhibit 2